FILED
CLERK, U.S. DISTRICT COURT

JAN 20 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> vs. ) <br> Amanda Lee Garcia, ) <br> Defendant. ) | Case No.: CR 15-0902-JLS <br><br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br><br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge Janis L. Sammartino, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (X)   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

GPS monitoring and curfew

1          and

2      (2)

3          (A)    (X)    that based on the factors set forth in 18 U.S.C. § 3142(g), there is no

4                        condition or combination of conditions of release that will assure that

5                        the defendant will not flee or pose a danger to the safety or any other

6                        person or the community; or

7          (B)    (X)    that the defendant is unlikely to abide by any condition or

8                        combination of conditions of release.

9                        and/or, in the event of (1) (A)

10     (3)          ( )    that the defendant has not rebutted the presumption that no condition

11                        or combination of conditions will assure that the person will not pose

12                        a danger to the safety of any other person or the community.

13                                              or

14     (4)          ( )    that there are conditions of release that will assure that the defendant

15                        will not flee or pose a danger to the safety of any other person or the

16                        community, and that the defendant will abide by such conditions. <u>See</u>

17                        separate order setting conditions.

18                ( )    This Order shall be stayed for 72 hours in order to allow the

19                        Government to seek review from the [assigned District Judge]

20                        [criminal duty District Judge].

21                                              or

22                                              C.

23        (X)    IT IS ORDERED that the defendant be detained prior to trial.

24

25     DATED:    1/20/16                          _Jean Rosenbluth_

26                                            JEAN ROSENBLUTH
                                             U.S. MAGISTRATE JUDGE

27

28